FILED: May 3, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-1421

(1:10-cv-01055-TSE-JFA)

_____

MAY - 3 2011

**LAURA SENNETT**

Plaintiff - Appellant

v.

**UNITED STATES OF AMERICA; VINCENT ANTIGNANO**, in his individual capacity; **JASON K. BRYK**, in his individual capacity; **ARLINGTON COUNTY; PRINCE WILLIAM COUNTY**

Defendants - Appellees

_____

## NOTICE OF APPELLATE CASE OPENING

_____

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Court Case Number | 1:10-cv-01055-TSE-JFA |
| Date notice of appeal filed in originating court | 04/26/2011 |
| Appellant(s) | Laura Sennett |
| Appellate Case Number | 11-1421 |
| Case Manager | Joy Hargett Moore 804-916-2702 |

The above-captioned case has been opened in this court.